FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA TRACY,<br><br>Plaintiff,<br><br>v.<br><br>RUBY ON THE RIVER LLC, DAVENPORT DISTRICT HOSPITALITY INC., GVD HOSPITALITY MANAGEMENT SERVICES INC.,<br><br>Defendants. | No. 2:25-CV-00079-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 26** |

Before the Court is the parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 26. The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees. *Id.* at 1-2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulated Motion of Dismissal with Prejudice is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1.      The parties' Stipulated Motion of Dismissal with Prejudice, **ECF No. 26**, is **GRANTED.**

2.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3.      Any pending motions are **DENIED as moot**.

4.      All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 11, 2026.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2